| **UNITED STATES BANKRUPTCY COURT** Western District of Texas | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): think3 Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 94-3264782 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): 6011 W. Courtyard Drive Austin, TX ZIP CODE 78730 | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: Travis | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE | |

| **Type of Debtor** (Form of Organization) (Check **one** box.) | **Nature of Business** (Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* ☑ Corporation (includes LLC and LLP) ☐ Partnership ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B) ☐ Railroad ☐ Stockbroker ☐ Commodity Broker ☐ Clearing Bank ☑ Other Computer Software | ☐ Chapter 7 ☐ Chapter 15 Petition for ☐ Chapter 9 Recognition of a Foreign ☑ Chapter 11 Main Proceeding ☐ Chapter 12 ☐ Chapter 15 Petition for ☐ Chapter 13 Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity** (Check box, if applicable.) ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts** (Check one box.) ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose." ☑ Debts are primarily business debts. |

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached. ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:** ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). **Check if:** ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*). - - - - - - - - - - - - - - - - - - - - - - - - - - - - - **Check all applicable boxes:** ☐ A plan is being filed with this petition. ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors. ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>think3 Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District:  Western District of Texas | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐     Yes, and Exhibit C is attached and made a part of this petition.

☑     No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐     Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | **Name of Debtor(s):** |
|---|---|
| *(This page must be completed and filed in every case.)* | think3 Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X   /s/ Charles A. Beckham, Jr.
Signature of Attorney for Debtor(s)
  Charles A. Beckham, Jr.
Printed Name of Attorney for Debtor(s)
  Haynes and Boone, LLP
Firm Name
  1221 McKinney St., Suite 2100
  Houston, TX 77010
Address
  713-547-2000
Telephone Number
  05/18/2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   /s/ Rebecca A. Roof
Signature of Authorized Individual
  Rebecca A. Roof
Printed Name of Authorized Individual
  Chief Restructuring Officer
Title of Authorized Individual
  05/18/2011
Date

WRITTEN CONSENT OF
THE SOLE DIRECTOR OF
THINK3 INC.

May 18, 2011

The undersigned, acting in his capacity as the sole member of the Board of Directors (the "Board") of think3 Inc., a Delaware corporation (the "Corporation"), does hereby consent to, adopt, approve and vote for the following resolutions, to have the same force and effect as if adopted at a formal meeting of the Board of the Corporation, notice of which is hereby waived:

## Appointment of Officers

WHEREAS, Scott Brighton has resigned as President and Secretary of the Corporation, Andrew Price has resigned as the Vice President of Finance of the Corporation, and Randall Jacops has resigned as the "branch representative" for the Corporation's Italian branch; and

WHEREAS, the sole member of Board deems it to be in the best interest of the Corporation to appoint an officer of the Corporation, to hold the offices of President, Secretary, and Chief Restructuring Officer of the Corporation;

NOW, THEREFORE, BE IT

RESOLVED, that Ms. Rebecca A. Roof is hereby appointed as an officer of the Corporation, effective immediately, to hold the offices of President, Secretary, and Chief Restructuring Officer of the Corporation until such time as she is removed from such offices by a resolution of the Board or as otherwise provided in the Bylaws of the Corporation; and it is further

## Filing and Prosecution of Bankruptcy Case

RESOLVED, that it is desirable and in the best interest of the Corporation and its creditors, stockholders, and other interested parties to authorize the President, Secretary and Chief Restructuring Officer of the Corporation, or any of them, to cause to be filed a petition in the name of the Corporation (the "Chapter 11 Petition") seeking relief under the provisions of chapter 11 of title 11, United States Code (the "Bankruptcy Code"); and it is further

RESOLVED, that the President, Secretary and Chief Restructuring Officer of the Corporation be, and each hereby is, authorized and directed to execute and verify the Chapter 11 Petition and to cause the same to be filed in the United States Bankruptcy Court for the Western District of Texas, Austin Division (the "Bankruptcy Court"), in such form and at such time as such officer(s) shall determine; and it is further

RESOLVED, that the President, Secretary and Chief Restructuring Officer, or such other officer(s) of the Corporation as they shall from time to time designate (each, an "Authorized Officer"), be, and each hereby is, authorized and directed to take all actions necessary to restructure the financial affairs of the Corporation, including causing to be filed in the

bankruptcy proceedings a Disclosure Statement and a Plan of Reorganization (the "Plan"), and to seek confirmation of the Plan by the Bankruptcy Court, with such amendments as may be required by the Bankruptcy Court; and it is further

RESOLVED, that the Authorized Officers be, and each hereby is, authorized to execute and file (or direct others to do so on behalf of the Corporation as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in connection therewith, to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all action which they deem necessary and proper in connection with the chapter 11 case.

## DIP Financing

WHEREAS, pursuant to the terms of the Debtor-in-Possession Loan and Security Agreement (the "DIP Credit Agreement") by and among the Corporation, as Borrower, and Gensym Cayman, L.P. (the "DIP Lender"), as Lender, it is contemplated that the Corporation enter into a secured superpriority debtor in possession loan facility in the aggregate principal amount of up to $1,050,000.00 (the "DIP Facility") to be evidenced by the DIP Credit Agreement.

WHEREAS, in order to secure the obligations of the Corporation to the Lender under the DIP Credit Agreement (the "DIP Obligations"), the DIP Credit Agreement provides that the Corporation shall grant to the Lender a first priority lien on all of their pre-petition and post-petition assets (the "DIP Liens").

WHEREAS, the terms of the DIP Credit Agreement, the documents evidencing the DIP Liens granted by the Corporation and the other loan documents have been reported to the Board of the Corporation (each of the foregoing documents shall be collectively referred to herein as the "DIP Transaction Documents");

NOW, THEREFORE, BE IT

RESOLVED, that the DIP Transaction Documents to which the Corporation is a party and the transactions contemplated thereby are in all respects ratified, approved and adopted, and that the Authorized Officers of the Corporation be, and each hereby is, authorized and empowered, for and on behalf of the Corporation, to negotiate, execute and deliver the DIP Transaction Documents to which the Corporation is a party for the Corporation and in its name, with such changes in its terms and provisions as the executing officer deems necessary or appropriate and in the Corporation's best interests; and it is further

RESOLVED, that the Authorized Officers of the Corporation be, and each hereby is, authorized and empowered to negotiate, execute and deliver for and on behalf of the Corporation such agreements, certificates, instruments and other documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by such officer, and to do all such acts and things as such officer may consider necessary, desirable or useful for the purpose of giving effect to the foregoing resolution or as may be required to effectuate and carry out the execution of the DIP Transaction Documents and in furtherance of the transactions contemplated thereby, the execution of such documents or the

taking of such action to be conclusive evidence that they were deemed necessary or appropriate by such officer; and it is further

RESOLVED, that the Corporation is authorized to grant security interests in its assets to secure loans under the DIP Facility, and the Corporation is authorized to borrow in accordance with its working capital needs and the terms of the DIP Facility; and it is further

RESOLVED, that all DIP Transaction Documents, indebtedness, liabilities, or obligations, if any, heretofore executed, contracted, or made on behalf of the Corporation by any officer of the Corporation, and all actions of any such officer prior to the adoption of these resolutions, including, but not limited to, negotiation of the terms and/or the execution of any DIP Transaction Document, are hereby ratified, confirmed, and approved as the true and lawful acts of the Corporation in all respects; and it is further

**Employment of Professionals**

RESOLVED, that the law firm of Haynes and Boone, LLP be, and hereby is, employed under general retainer as bankruptcy counsel for the Corporation in the chapter 11 case, and the Authorized Officers of the Corporation are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of a chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Haynes and Boone, LLP; and it is further

RESOLVED, that the interim management firm of AP Services, LLC ("APS") be, and hereby is, employed as crisis managers for the Corporation in the chapter 11 case, and the Authorized Officers of the Corporation are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of a chapter 11 case and cause to be filed an appropriate application for authority to retain the services of APS; and it is further

RESOLVED, that the Authorized Officers of the Corporation be, and they hereby are, authorized and directed to employ any other firm as professionals or consultants to the Corporation as are deemed necessary to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code and, in connection therewith, the Authorized Officers of the Corporation are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of a chapter 11 case and cause to be filed an appropriate application for authority to retain the services of such firm; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief under chapter 11 of the Bankruptcy Code or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Corporation; and it is further

**General Authorizing Resolutions**

RESOLVED, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is authorized and directed, in the name of and on behalf of the

Corporation, under the Corporation's corporate seal or otherwise, to make, enter into, execute, deliver and file any and all other or further agreements, documents, certificates, materials and instruments, to disburse funds of the Corporation, to take or cause to be taken any and all other actions, and to incur all such fees and expenses as any such officer deems to be necessary, appropriate or advisable to carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder and/or to successfully complete a chapter 11 case, the taking of any such action to constitute conclusive evidence of the exercise of such discretionary authority; and it is further

RESOLVED, that all authorized acts, transactions, or agreements undertaken prior to the adoption of these resolutions by any officer of the Corporation on behalf of the Corporation in connection with the foregoing matters are hereby authorized, approved, ratified, confirmed and adopted as the acts of the Corporation; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed to certify and attest any documents or materials which they deem necessary, desirable or appropriate to consummate the transactions contemplated by the foregoing resolutions, without the necessity of the signature or attestation of any other officer or the affixing of any seal of the Corporation.

IN WITNESS WHEREOF, the sole member of the Board has executed this Written Consent effective as of the date first written above.

BOARD OF DIRECTORS:

think3 Inc.

_____

Andrew Price, Director

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | (CHAPTER 11) |
| | § | |
| THINK3 INC. | § | CASE NUMBER |
| | § | |
| DEBTOR. | § | |

# List of Creditors Holding 20 Largest Unsecured Claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Equitalia Polis SpA<br>Via D. Svampa, 11<br>40129 Bologna<br>Italy | Patrizio Fiacco<br>Equitalia Polis SpA<br>Via D. Svampa, 11<br>40129 Bologna<br>Italy<br>Tel: 39 051 6138893 | Tax Debt | | $26,265,238.20 |
| Think3, SRL<br>Via Ronzani 7/29<br>4003 Casalecchio di Reno<br>Bologna<br>Italy | | Intercompany Debt | | $11,340,000.00 |
| Think3 Designs Private Limited<br>3rd Floor, AKEMPS<br>28, 3rd Main, 1st Cross<br>Ashwini Layout<br>Ejipura<br>Bangalore 560 047<br>India | | Intercompany Debt | | $4,212,000.00 |
| Think3, GmbH<br>Keltenring 5<br>Oberhaching<br>Munich<br>Germany | | Intercompany Debt | | $2,754,000.00 |
| Bologna Group SpA<br>Piazza San Domenico 9<br>40124 Bologna<br>Italy | | Trade Debt | | $1,134,000.00 |
| Think3, KK<br>Daimon KS Bldg. 6F<br>1-2-1 Shiba-Daimon<br>Minato-ku Tokyo, 105-0012<br>Japan | | Intercompany Debt | | $897,480.00 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Think3, SARL<br>96 Boulevard Vivier Merle<br>Lyon<br>France | | Intercompany Debt | | $810,000.00 |
| La Torre SRL<br>Via Gabriele Colombo, 28<br>20050 Camparada (MB)<br>Italy | | Trade Debt | | $261,283.32 |
| Siemens Ltd.<br>Wittelsbacherplatz 2<br>8033 Munich<br>Germany | | Trade Debt | | $173,814.66 |
| Axus Italiana SRL<br>Via Cesare Giulio Viola 74<br>Roma, I-00148<br>Italy | | Trade Debt | | $168,617.70 |
| KOSME s.r.l.<br>Via dell'Artigianato, 5<br>46048 Roverbella (Mantova)<br>Italy | | Trade Debt | | $218,700.00 |
| Vision Consultants Limited<br>(address unknown) | | Professional Services | | $141,594.48 |
| Dell SA<br>Attn: General Counsel/Bankruptcy<br>One Dell Way<br>Round Rock, TX 78682 | | Trade Debt | | $139,968.00 |
| Versata Enterprises, Inc.<br>6011 W. Courtyard Drive<br>Austin, TX 78730 | | Trade Debt | | $118,179.00 |
| ITI -International Technegroup, Inc.<br>5303 DuPont Circle<br>Milford, OH 45150 | | Professional Services | | $106,847.10 |
| Exergia Energia & Gas S.P.A.<br>C.so Sempione, 15a<br>21013 Gallarate<br>Italy | | Trade Debt | | $97,316.64 |
| Cidielle Service SRL<br>19, v. Grada Grada<br>40122 Bologna (BO)<br>Italy | | Trade Debt | | $89,989.38 |
| Studio Legale TommasoTommesani<br>Via De Poeti, n. 5<br>40124 Bologna<br>Italy | | Professional Services | | $81,000.00 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Vodafone Omnitel N.V.<br>Via Caboto, 15<br>20094 Corsico, Milano<br>Italy | | Trade Debt | | $79,716.96 |
| Versata FZ LLC<br>707-708 Al Thurayal<br>Dubai Media City<br>Dubai<br>UAE | | Lawsuit | Unliquidated, Disputed | |

* With the exception of the claims of Versata Enterprises, Inc. and Versata FZ LLC, all amounts have been converted from Euros to U.S. Dollars using the May 16, 2011 Reuters noon London time conversion rate.

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION

I, Rebecca A. Roof, on behalf of think3 Inc. named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date:  May 18, 2011.

Signature _____/s/ Rebecca A. Roof_____
　　　　　　　　　　Rebecca A. Roof
　　　　　　　　　　Chief Restructuring Officer

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | (CHAPTER 11) |
| | § | |
| THINK3 INC. | § | CASE NUMBER |
| | § | |
| DEBTOR. | § | |

## STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, the undersigned corporation certifies that:

Following is a complete list of all corporations, other than governmental units, that directly or indirectly own 10% or more of any class of its equity interests:

ESW Capital, LLC     100%

The undersigned corporation further certifies that it shall file a supplemental statement promptly upon any change in circumstances that renders this Statement of Corporate Ownership inaccurate.

Date: May 18, 2011                think3 Inc.

                                 _____/s/ Rebecca A. Roof_____

                                 By:      Rebecca A. Roof
                                 Title:   Chief Restructuring Officer

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| IN RE: | § | (CHAPTER 11) |
|---|---|---|
| | § | |
| THINK3 INC. | § | CASE NUMBER |
| | § | |
| DEBTOR. | § | |

## VERIFICATION OF CREDITOR MATRIX

I hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

SIGNED:_____/s/ Rebecca A. Roof_____          DATE: _____5/18/2011_____
                  Rebecca A. Roof
                  Chief Restructuring Officer

3C SRL
Via Sampietro, 178
21047 Saronno (VA)
ITALY

A. ADRIAMAR
------Not Known-----

A.D.A CATERING SAS C/O Unione degli Ind. Roma
------Not Known-----

AB COPY SNC DI ABBATINI LUCA E C
------Not Known-----

ACCOR HOSPITALITY ITALIA SRL - IBIS HOTEL
Via della Magliana, 980
00148 Roma
ITALY

ACCOR SERVICE ITALIA SRL
Palazzo Caravaggio
Via Cassanese 224
Segrate, MI 20090
ITALY

ACRI, MARIA TERESA
------Not Known-----

ADMIRAL PARK HOTEL
Via Fontanella, 3
40069 Zola Predosa Bologna
ITALY

ADOBE SYSTEMS SW IRELAND LTD
4-6 Riverwalk
Citywest Business Campus
Dublin 24
IRELAND

AIR EXPRESS INTERN. EXPRESS COURIER
------Not Known-----

Akron Porcelain & Plastics Co
2739 Cory Avenue
P.O. Box 15157
Akron, OH  44314-0157

ALPHABET ITALIA SPA
------Not Known-----

AMERICAN EXPRESS SERVICES EUROPE LIMITED
Amex House
Edward Street
Brighton,  BN88 1AH
UNITED KINGDOM

ANGELINI, ALESSANDRA
------Not Known-----

ANGIULLI S.R.L. IMPIANTI ELETTRICI
------Not Known-----

APPLISOFT EUROPE SRL
Viale V.Veneto 1/A
42015 Correggio (RE)
ITALY

Arch Capital Group Ltd.
Brendan Quinlan, ARM
Wessex House, 4th Floor
45 Reid Street
Hamilton, HM 12
BERMUDA

ARDIZIO, ROSALBA
------Not Known-----

ARGO GRAPHICS INC.
5-14 Nihonbashi-hakozaki-cho
Chuo-ku
Tokyo 103-0015
JAPAN

ARVAL SERVICE LEASE ITALIA SPA
Via Pisana n. 314/B
Scandicci, FI 50018
ITALY

ASSICOM SPA
Via De Cocule, 8
 33030 Buja (Udine)
ITALY

ASTERISK LLC
26814 Vista Terrace
Lake Forest, CA  92630-8115

ATLAS TOOL, INC
29880 Groesbeck Highway
Roseville, MI  48066-1985

AUDI AG
Ettinger Strasse
Ingolstadt D-85045
GERMANY

AURORA SRL - SHERATON BO HOTEL &
CONFERENCE CENTER
------Not Known-----

AVV. BALZARETTI BARBARA
------Not Known-----

AVV. FRANCESCA BAFILE
------Not Known-----

AVV. GIOVANNI BURLA
------Not Known-----

AVV. MARCO MARIA NEGRI
------Not Known-----

AVV.TO ANCARANI NICOLA
------Not Known-----

AXUS ITALIANA SRL
Via Cesare Giulio Viola 74
Roma, I-00148
ITALY

AZIENDA U.S.L. DI BOLOGNA - U.O. IMPIANTISTICA
ANTINFORTUNISTICA
------Not Known-----

B Group
Piazza San Domenico, 9
40124 Bologna
ITALY

BAIA FLAMINIA RESORT S.R.L
Viale Parigi, 8
61121 Pesaro Pesaro e Urbino
ITALY

BANCA PER I SERVIZI FINANZIARI ALLE IMPRESE
SPA-MPS LEASING
------Not Known-----

BAR SOLARIS DI ROSSI GIORGIA
------Not Known-----

BARRY-WEHMILLER LTD.
------Not Known-----

BARTOLINI SRL
 via G. di Vittorio, 19
06038 Spello (Perugia)
ITALY

BATTOCCHIO, GIAN LUIGI
------Not Known-----

BERDONDINI, ELISABETTA
------Not Known-----

BERGAMI, VALERIA
------Not Known-----

BINAGHI, NICOLA
------Not Known-----

BOFFO, ANACLETO
------Not Known-----

BOL BOOKS ON LINE ITALIA SPA
------Not Known-----

Bologna Group SpA
Piazza San Domenico 9
40124 Bologna
ITALY

BONARINI, DANIELA
------Not Known-----

BRAND NEW SNC DI CENNERILLI EMIDIO MARCO
------Not Known-----

Brasolin, Amedeo
------Not Known-----

Bridgestone APM Company
140 Reliance Rd
Dickson, TN  37055-7730

BT ITALIA SPA Soc. a socio unico
Via Tucidide 56
20134 Milan
ITALY

Buell Motorcycle Company
2815 Buell Drive
East Troy, WI  53120

C.AR.TEC. S.N.C. DI MEDARDO MONTAGUTI & C.
------Not Known-----

C.CUBE, INC.
814 Hernia Hill Trail
Bellvue, CO  80512-5702

C.E.M.P.I. 2 SRL
Viale del Lavoro, 4
47838 Riccione Rimini
ITALY

CADENAS GMBH
------Not Known-----

CADENAS ITALIANA S.R.L - Uninominale
P.le della Repubblica, 1
41012 Carpi (MO)
ITALY

CADICT BV
Mark Jansen
------Not Known-----

CAMFOCUS CONSULTANTS INC.
165 East Beaver Creek Rd #38
Richmond Hill, ON  L4B 2N2
CANADA

CARBONE FORGE
Chemin de la Madone
69210 Lentilly
FRANCE

Carletti avv. Elio
Via Marsili, 15
40124 Bologna
ITALY

CARTOLITO MGB S.R.L
------Not Known-----

CASSA RISP. BOLOGNA C/O SEP SER. E PROG.
SPA****
------Not Known-----

CASTANO', NICOLA
------Not Known-----

CB&A Management Consultants srl
------Not Known-----

CEA ESTINTORI S.P.A.
via Tosarelli, 105
40055 Castenaso (BO)

CECCHINATO, LEONARDO
------Not Known-----

CENTRO DIAGNOSTICO "CAVOUR" SRL
Via Giuseppe Dagnini, 20
40137 Bologna
ITALY

Century Tools and Guage
200 S. Alloy Drive
Fenton, MI  48430

CHLORIDE SPA
Via Fornace, 30
40023 Castel Guelfo (BO)
ITALY

CIARLONI, DAVIDE
------Not Known-----

CIC COMPUTER SRL
Viale Togliatti, 9/a
40132 Bologna
ITALY

CIDIELLE SERVICE  S.R.L.
19, v. Grada Grada
40122 Bologna (BO)
ITALY

CIMDATA INC.
CIMdata BV
Oogststraat 20
6004 CV Weert
THE NETHERLANDS

CINECA
via Magnanelli 6/3
40033 Casalecchio di Reno, Bologna
ITALY

CISALPINA TOURS S.P.A
Corso Moncenisio, 41
10090 Rosta (To)
ITALY

CLIMA3 S.R.L.
Via P.C.S. Nasica, 41
40055 Castenaso Bologna
ITALY

CLIMATEK SNC
Via J.Gagarin 173
Pesaro

CLOUD CONVERGENCE LTD
------Not Known-----

CO.FA.M.O Soc. Coop
------Not Known-----

COBURGER & KAEMPF GDBR
------Not Known-----

COFIMP - CONS. PER LA FORMAZ E LO SVILUPPO
PMI
Via Corticella, 1/2
40128 BOLOGNA
ITALY

COINNOVA GMBH
Oelder Tor 33
59302 Oelde
GERMANY

COLLEGE VALMARANA MOROSINI
------Not Known-----

COLOGNESI, FABIO
------Not Known-----

Comerica Bank
Comerica Bank Tower
1717 Main Street
Dallas, TX  75201

COMPAGNIA ITALIANA COMPUTER
SRL------------------------
Viale Togliatti, 9/a
40132 Bologna
ITALY

COMPUTER LAB S.R.L.
Via Carlo Ceresa, 106
24015 San Giovanni Bianco Bergamo
ITALY

Confluence Watersports
111 Kayaker Way
Easley, SC  29642

CONSEDIT SAS
Viale Europa Unita, 29
34073 Grado (GO)

CONSORZIO IPM SOC. COOP.
------Not Known-----

CONSULENTI DEL LAVORO ASSOCIATI
Via Archimede, 114
20129 MILANO
ITALY

COPY LINE DI VIMERCATI D.& C.
------Not Known-----

COSEPURI SOC.COOP. P. A.
Via Augusto Pollastri, 8
40138 Bologna
ITALY

COSSETTO, ALESSANDRO
------Not Known-----

CREDEMFACTOR SPA
via E. Che Guevara, 4/b
42123 Reggio Emilia
ITALY

CULLIGAN ITALIANA S.P.A.
Via Gandolfi, 6
40057 Cadriano di Granarolo dell'Emilia (BO)
ITALY

CULLIGAN VERONA SRL
Via Mezzacampagna 52
37135  Verona
ITALY

DAL SANTO, STEFANIA
------Not Known-----

DATAKIT
6, place des Terreaux
F-69001 Lyon
FRANCE

DELL SA
ATTN: General Counsel / Bankruptcy
One Dell Way
Round Rock, TX  78682

DELL'ORTO GIANPAOLO S.P.A
Via Briantina 60/68
20038 Seregno (MB)
ITALY

DEMAT EXPOSITION MANAGING
Carl-von-Noorden-Platz 5
D-60596 Frankfurt
GERMANY

DESIGN & SOLUTION INC.
------Not Known-----

DHL ESPRESS (ITALY) SRL
Viale Milanofiori
Palazzo U/3 Strada 5
20089 Rozzano (Mi)
ITALY

DISMECO S.A.S DI TEDESCHI ROBERTO & C.
------Not Known-----

DOMENICUCCI, FRANCESCO
------Not Known-----

DONZELLI, ELVIRA
------Not Known-----

DOTT. CARLO PESCIO
------Not Known-----

DOTT. GIORGIO VALDE'
------Not Known-----

DOTT. TOMMASO BERNASCONI
------Not Known-----

DOUGLAS CORPORATION ENGINEERING OFFICES
9650 Valley View Road
Eden Prairie, MN  55344-3507

DSI SRL - DATAMAT SOLUZIONE PER LE IMPRESE
Company no longer exist

ECS INTERNATIONAL ITALIA SPA
------Not Known-----

EDIZIONI FIERA MILANO SPA
Via Salvatore Rosa, 14
Milano, MI 20156
ITALY

EDO - EDIZIONI OLTREPO' SRL
------Not Known-----

EFFEBI SOLUZIONI CAD-CAM
Fulvio Bergamino
Via Tolemaide 9/1
16129 Genova
ITALY

ELFORD 2 SRL
Via della Barca, 26
40133 Bologna
ITALY

ENEL DISTRIBUZIONE SPA
Via Ombrone 2
Rome, RM 00198
ITALY

ENGINSOFT SPA
Roberto Maini
Via della Stazione, 27 - fraz. Mattarello
38123 Trento
ITALY

Equitalia
Patrizio Fiacco, Agente della Riscossione - Bologna
Equitalia Polis SpA
Via D. Svampa, 11
40129 Bologna
ITALY

ERIK BUELL RACING  LLC
2799 Buell Drive - Unit C
East Troy, WI  53120

ESPRESSO SERVICE S.R.L.
87, Via Garibaldi Giuseppe
Nova Milanese, MB 20834
ITALY

ESW Capital LLC
6011 W. Courtyard Dr.
Austin, TX  78730

EUREKA INFORMATIQUE ET DEVELOPPEMENTS
ZA Hellieule 2, Avenue de l'Égalité BP 82
88103  SAINT-DIÉ-DES-VOSGES cedex
FRANCE

EUROCAR DI MEREU S., MONTI A. A. S.N.C.
------Not Known-----

EUROCEMI S.R.L
Via Cardano, 1
20041 Agrate Brianza Monza e Brianza

EUROELETTRICA SRL
------Not Known-----

EUROPCAR LEASE SRL
------Not Known-----

EUTRONSEC SPA - Key Solutions for IT Security
Via Gandhi 12
Treviolo, BG 24048
ITALY

EXERGIA ENERGIA & GAS S.P.A
C.so Sempione, 15a
21013 Gallarate
ITALY

F.LLI BIAGINI SRL FORNITURE PER UFFICIO
------Not Known-----

Fabrizio Guidici
Via Dell'os Servanza 26
41036 Bologna
ITALY

FABRIZIO RANGONI
------Not Known-----

FASTWEB S.P.A
Via Caracciolo 51
20155 Milano
ITALY

FEDERAL EXPRESS EUROPE, INC. FILIALE ITALIANA
Via del Beccarello
59100 Prato
ITALY

FELTRINELLI INTERNATIONAL SRL
------Not Known-----

Filippo Zucarello
------Not Known-----

FIN-ECO FACTORING SPA
------Not Known-----

FIRST SOLUTION SRL
Andrea Zoppi
Via Settembrini, 36
20020 Lainate (MI)
ITALY

FOCARETA AVV. FRANCO
Via Santo Stefano, 29
40125 Bologna
ITALY

FONDAZIONE ALDINI VALERIANI
Via Sario Bassanelli, 9
40129 Bologna
ITALY

FORTINI DANIELE
------Not Known-----

FORTUZZI, STEFANIA
------Not Known-----

FUJI TECHNO SOLUTIONS CO. INC.
Nisso12 Building 5F
3-6-12 Shinyokohama,Kohoku-ku
Yokoyama-city,Kanagawa

G.C.S. INTERNATIONAL SRL
Blocco 1.1
Interporto
Bentivoglio (BO)

GAGLIARDI SRL
------Not Known-----

GAMBA SERVICE S.P.A - SERVIZI INTEGRATI
Via E. Collamarini n, 23
I-40128 Bologna
ITALY

GAMBA, ERMANNO GIANLUIGI
------Not Known-----

GAVINA, MONICA
------Not Known-----

GCAD S.N.C.
------Not Known-----

GE CAPITAL SERVICES S.R.L.
------Not Known-----

GE LEASING ITALIA SPA - socio unico
------Not Known-----

GEIMPUL SERVIZI S.C.R.L
------Not Known-----

GEMINIANI, DONELLA
------Not Known-----

GENERAL LOGISTICS SYSTEM ENTERPRISE S.R.L
------Not Known-----

Gensym Cayman L.P. c/o Morrison & Foerster LLP
Attn: Larry Engel and Vincent Novak
425 Market Street
San Francisco, CA 94105

GIUGLIANO, MARIA
------Not Known-----

GRAMOLA, GABRIELLA
------Not Known-----

Haynes and Boone, LLP
Attn: Charles A. Beckham, Jr. and Brooks Hamilton
1 Houston Center
1221 McKinney, Suite 2100
Houston, TX 77101

HERA COMM MARCHE SRL
via Sasso n. 120
61029 - URBINO (PU)
ITALY

HERA COMM SRL
V.le Carlo Berti Pichat nr. 2/4
40127 Bologna
ITALY

HERA SPA
V.le C. Berti Pichat 2/4
40127 Bologna
ITALY

Heussen Rechtsanwaltsgesellschaft mbH
Brienner Straße 9
80333 Munich
GERMANY

HIGH PERFORMANCE ENGINEERING SRL
Via R. Dalla Costa, 620
41122 Modena
ITALY

Honda Engineering North America, Inc
19900 State Route 739
Marysville, OH  43040-9256

HONDA ENGINEERING NORTH AMERICA, INC.
EGADIV3
------Not Known-----

Honda R&D
------Not Known-----

HONDA TRADING CORPORATION
------Not Known-----

HW STYLE S.R.L.
Via Primo Maggio
24050 Lurano Bergamo
ITALY

I.A.P.EM. SAS DI ZANETTI GEOM. AUGUSTO & C.
------Not Known-----

I.M.A. INDUSTRIA MACCHINE AUTOMATICHE S.P.A
Via Emilia 428-442
40064 Ozzano dell'Emilia (Bo
ITALY

IBM ITALIA S.P.A.
IBM Italia
Circonvallazione Idroscalo
20090 Segrate - Milano
ITALY

IBM ITALIA Servizi Finanziari spa
Circonvallazione Idroscalo
20090 Segrate MI
ITALY

IC.DOC S.R.L.
------Not Known-----

Illinois Department of Employment Security
5608 West 75th Place
Burbank, IL  60459-3200

Illinois Department of Employment Security
Northern Region
260 East Indian Trail Rd.
Aurora, IL  60505-1733

Illinois Department of Revenue
P.O. Box 19447
Springfield, IL  62794-9447

Imag LLC
5238 South 31st. Place
Phoenix, AZ  85040

IMMOBILIARE GIOVANNA SAS DI NATTI GUIDO E C.
------Not Known-----

ING. ROBERTO BINA
------Not Known-----

INNOVATEC CO., LTD
------Not Known-----

Inter Molds Inc
132 E. Liberty St.
Wooster, OH  44691

INTERMEDIA HOLDING FINANZIARIA DI
INVESTIMENTI PAR. E CONS. SPA
Via della Zecca 1
40121 Bologna (BO)
ITALY

Internal Revenue Service
Department of the Treasury
Internal Revenue Service
Cincinatti, OH  45999-0039

Internal Revenue Service
STOP #5022AUS
300 E. 8th st.
Austin, TX  78701

INTERNATIONAL TECHNOLOGY GROUP S.R.L
Strada 1 Palazzo F1
Milanofiori
20090 Assago (MI)
ITALY

IORIO, SERGIO
------Not Known-----

ISTITUTI DI VIGILANZA RIUNITI D'ITALIA SPA
Via Sapri 26
Milan, MI 20156
ITALY

IT WAY S.P.A.
------Not Known-----

ITALEASE FACTORIT SPA
------Not Known-----

ITI - International Technegroup, Inc.
5303 DuPont Circle
Milford, OH  45150

IVAN ARPICELLI
------Not Known-----

J. FRIISBERG & PARTNERS SRL
Corso baccarini 38
48018 RA, Faenza
ITALY

J. PUBLISHING S.R.L
------Not Known-----

JDC RESEARCH & DEVELOPMENT
------Not Known-----

JET HOTEL S.A.S. DI D. RIGANTI & C
------Not Known-----

JUNO LIGHTING GROUP
1300 South Wolf Road
Des Plaines, IL  60018

JUS CREDIT SRL
------Not Known-----

K+M GMBH - KAEUBLER U. MAIER
Dornauer Weg 13-15
D-63849 Leidersbach

KCS - KOREA CAD/CAM SOLUTIONS INC.
------Not Known-----

KCS KOREA CAD/CAM SOLUTIONS INC.
Kim Gu Dong
1410, World Meridian VentureCenter 2-cha
426-5 Gasan-dong, Geumcheon-gu
Seoul
KOREA

KLEIN TOOLS, INC.
450 Bond Street
Lincolnshire, IL  60069

KOSME GESELLSCHAFT MBH
Gewerbestrasse, 3
A-2601 Sollenau
AUSTRIA

KOSME s.r.l.
Via dell'Artigianato, 5
46048 Roverbella (Mantova)
ITALY

L.T.G. INTERVENTI SNC
Via Calza Vecchio, 9
40033 Casalecchio di Reno Bologna
ITALY

LA NUOVA KORAK SRL
Via Edison, 7
20090 Segrate Milano
ITALY

LA TORRE S.R.L.
Via Gabriele Colombo, 28
20050 Camparada (MB)
ITALY

LAMI, SILVANA
------Not Known-----

LAMPO DI GENIO SNC
Via Malvolta 8/E
Bologna
ITALY

LEASE PLAN ITALIA S.P.A.
Viale Alessandro Marchetti 105
Rome, RM 00148
ITALY

LEASING ROMA SPA - LEASING FACTORING
------Not Known-----

LELLI, VALTER
------Not Known-----

LIGHTWORK DESIGN LTD
Rutledge House
78 Clarkehouse Road
Sheffield S10 2LJ
UNITED KINGDOM

LOCUST GRAPHIC STUDIO
------Not Known-----

LUCA MARCHETTI
------Not Known-----

MACCAFERRI, LORIS
------Not Known-----

MACO' S.R.L.
Via Macallè, 142
 20038 Seregno
ITALY

MAGAZZINI EUROPA DI RIGHI RENATA E C. SNC
Via Camillo Ronzani, 7
40033 Casalecchio di Reno Bologna
ITALY

MAGNONI, ANTONELLA
------Not Known-----

MARCHESINI, WILLIAM
------Not Known-----

MARIOTTI, MAURO
------Not Known-----

MEDICENTRO SRL
Viale Olanda, 23
20066 Melzo Milano
ITALY

Michigan Department of Treasury
Lansing, MI  48930

MITSUBISHI ELECTRIC ENGINEERING CO., LTD
1-13-5 Kudan Kita Chiyoda-ku
Tokyo 102-0073
JAPAN

MOSCHETTA, PAOLO
------Not Known-----

MRP TECNICA SNC DI BRUGNATTI  MASSIMO & C
------Not Known-----

NALDI, VALERIA
------Not Known-----

NANNI, CRISTINA
------Not Known-----

NATURE INSIDE SRL
------Not Known-----

NAWDEEP PURANIK ENGINEERING SERVICES
------Not Known-----

NCC SERVICES LIMITED
------Not Known-----

NEPOTI, ALESSANDRA
------Not Known-----

NEST CONSULTING LIMITED
------Not Known-----

NICOLAI, TANIA
------Not Known-----

NSI CAD/CAM-TECHNIK GMBH
Domherrenkamp 12
33154 Salzkotten

NUOVA IDRO PIU' DI CIMATTI RENATO & C. SNC
------Not Known-----

NUOVA MAESTRI UFFICIO SRL
via f. baracca, 5/c
40133 Bologna
ITALY

NUOVA PERIODICI ITALIA SRL
------Not Known-----

NUOVO STUDIO DIDATTICO DE DE LUCA N.
------Not Known-----

Office of the United States Trustee
903 San Jacinto, Suite 230
Austin, TX  78701

Ohio Attorney General
P.O. Box 89471
Cleveland, OH  44101-6471

OPEN MIND TECHNOLOGIES AG
Argelsrieder Feld 5
82234 Wessling
GERMANY

OPEN MIND TECHNOLOGIES ITALIA SRL
Via Pomè 14
Via Pomè 14
ITALY

ORACLE ITALIA S.R.L. a socio unico
V.le Fulvio Testi, 136
20092 Cinisello Balsamo (MI)
ITALY

PAGINEIT S.R.L.
------Not Known-----

PAGLIERANI, ENRICO
------Not Known-----

PALMER HAMILTON LLC
143 S. Jackson Street, Suite 1
Elkhorn, WI  53121-1911

Palmer-Tech Services, Inc.
4040 N. Kedzie Ave., 4th floor
Chicago, IL  60618

PARADISE COFFEE S.R.L
Via Il Caravaggio, 24
20060 Pozzuolo Martesana Milano
ITALY

PARENTI, SILVIA
------Not Known-----

PASTICCERIA CUPPI DI BEA SNC
------Not Known-----

PASTICCERIA MARCONI 101 SRL
Via Guglielmo Marconi, 101
40033 Casalecchio di Reno Bologna
ITALY

PASTORE, PAOLA
------Not Known-----

PELICAN SERVICE S.R.L.
Via Camesena 38
consegna di buste e pacchi da Roma per tutta Italia
00157 Roma
ITALY

PENTACONSULTING SRL
------Not Known-----

PIROLA PENNUTO ZEI & ASSOCIATI STUDIO DI
CONS.TRIBUT. E LEGAL
Via Vittor Pisani, 16
20124 Milano
ITALY

PITAGORA S.R.L
------Not Known-----

PLM SYSTEMS S.R.L.
Via Perugia, 24
10152 - Torino (TO)
ITALY

POSTE ITALIANE SPA
------Not Known-----

PRANDIUM S.R.L
12, Via Dell' Alpino
Bagnolo San Vito
MN 46031
ITALY

PRETI, OLIVIA
------Not Known-----

PricewaterhouseCoopers
Attn: General Counsel
300 Madison Avenue, 24th Floor
New York, NY  10017

PROCOMP PROFESSIONAL COMPUTER GMBH
Industrieallee 1
95615 Marktredwitz
GERMANY

PULIBRILLA S.R.L. IMPRESA DI PULIZIA
------Not Known-----

RANGONI COM SRL
via F.Lanzoni, 16
40026 Imola (Bo)
ITALY

REGISTER.IT SPA
------Not Known-----

RESIDENCE DA ERCOLE SAS
Viale Oriani, 33
40137 Bologna
ITALY

RESIDENCE GOLF HOTEL SRL
Via Trav. il Crocifisso,24/n
 59100 - Prato

RIALTO SPA
------Not Known-----

RIBUOLI, MARCO
------Not Known-----

ROMAGNOLI, FEDERICA
------Not Known-----

ROMANI DICECCHI, MICHELE
------Not Known-----

ROSA MAURO
------Not Known-----

RUGGERI, RITA
------Not Known-----

S. & D. SERVICE & DEVELOPMENT S.R.L
------Not Known-----

SALIERI VIAGGI SRL
------Not Known-----

SAMTECH S.A.
LIEGE science park
Rue des Chasseurs Ardennais 8
B-4031 Angleur
BELGIUM

SAN CO. LTD (TCI VAR)
------Not Known-----

SAVELLI, ALBERTO
------Not Known-----

SECURITAS CORPO PRIVATO DI VIGILANZA S.R.L.
v. Buozzi 38
40057 GRANAROLO DELL'EMILIA BO
ITALY

SEKITECH Co.,LTD.
16, Shinhasama
501-3923 Seki
JAPAN

SENER INGENIERIA Y SISTEMAS SA
Parque Tecnológico, nº 300
48170 Zamudio (Vizcaya)

SENER_ACTIVATION
------Not Known-----

Senior Aerospace SSP
2980 N San Fernando Boulevard
Burbank, CA  91504

SERVICE DI CARLO ARCARI
------Not Known-----

SICURAMA SRL
------Not Known-----

SIEMENS LTD
130 PB Marg, Worli
Mumbai
INDIA

Siemens Ltd.
Wittelsbacherplatz 2
80333 Munich
GERMANY

SIEMENS WATER TECHNOLOGY
181 Thorn Hill Road
Warrendale, PA  15086

Silicon Valley Bank
3003 Tasman Drive
Santa Clara, CA  95054

SIMIELE, ELENA
------Not Known-----

Social Security Administration
Data Operations Center
Wilkes-Barre, PA  18769-0001

SOCIETA' GIACCHIERI SAS
------Not Known-----

SOFT SYSTEM SRL
via della Ferriera, 22/g
33170 Pordenone
ITALY

SOFTWARE HOUSE INTERNATIONAL
33 Knightsbridge Road
Piscataway, NJ  08854

Solid Caddgroup Inc.
165 East Beaver Creek Rd. Unit 15
Richmond Hill, ON  L4B 2N2
CANADA

SONA BLW PRECISION FORGE INC.
500 Oak Tree Drive
Selma, NC  27576

SOS GROUP SRL
VIA LIGURIA 5
40139 - BOLOGNA (BO)
ITALY

SPADONI, SIMONA
------Not Known-----

SPAGNOLI, GUIDO
------Not Known-----

ST. LEGALE DEHO' MASSERELLI
------Not Known-----

ST. LEGALE ROSSI PENSI ASSOCIATI
Viale delle Milizie, 38
00192 Roma
ITALY

State of Illinois
Department of Employment Security
33 South Street
Chicago, IL  60603-2803

Steven Ditz and Associates Pty. Ltd.
------Not Known-----

STUDIO DOTT. GIORGIO FARINA
------Not Known-----

Studio Ferri and Associati
Andrea Ferri
Via D'Azeglio 19
40123 Bologna
ITALY

STUDIO ING. CAZZOLA DI CAZZOLA CESARE & C
SAS
Via dei Fornaciai
11
40129 Bologna
ITALY

STUDIO LEGALE ASS. PICCININI
Via San Felice, 6
40122 Bologna
ITALY

STUDIO LEGALE AVV. FRANCO CIOCIOLA
------Not Known-----

STUDIO LEGALE AVV. TIZIANA DI MICHELE
------Not Known-----

STUDIO LEGALE AVV. TOMMASO TOMMESANI
Via de Poeti, n.5
Bologna 40124
ITALY

STUDIO LEGALE BERTOZZI
------Not Known-----

STUDIO LEGALE MENICHINO E ASSOCIATI
Palazzo Serbelloni
Corso Venezia, 16
20121 Milano
ITALY

STUDIO LEGALE VANNI - ASS.NE PROF.LE
------Not Known-----

STUDIO NOTARILE ASSOCIATO FEDERICO ROSSI
CARLO VICO
Via Santo Stefano, 42
40125 Bologna
ITALY

STUDIO NOTARILE VEZZI
Corso Canalgrande, 36
41121 Modena
ITALY

STUDIO PEDERZOLI & ASSOCIATI
------Not Known-----

STUDIO PLEIADI PROGETTI MULTIMEDIALI
------Not Known-----

STUDIO QUANTA COMMERCIALISTI ASSOCIATI
Via Pier Paolo Pasolini
41123 Modena
ITALY

SYSPO INGENIERIE
72, Boulevard des Belges
69006 LYON
FRANCE

SYSPO SARL
------Not Known-----

TCS SRL
Via Regina Teodolinda, 47
22100 Como (CO)
ITALY

TECH S.R.L
------Not Known-----

TECH SOFT 3D
931 Ashby Ave.
Berkeley, CA  94710-2805

TECNOCLIMA DI BARBIERI CLAUDIO E C SAS
------Not Known-----

TEKNESI SRL a socio unico
Via Nazionale 9
11020 ARNAD AO
ITALY

TELECOM ITALIA S.P.A.
Corso d'Italia, n. 41
00198 Rome
ITALY

TELELEASING S.P.A. LEASING DI
TELECOMUNICAZIONI E GENERALE
Via Luisa Battistotti Sassi, 11
 20133 Milano
ITALY

TESEO SAS di Mannelli Dott. Gabriella
28, V. DI PAOLO ONOFRIO
50051  CASTELFIORENTINO  (FI)
ITALY

Texas Comptroller of Public Accounts
Revenue Accounting Division - Bankruptcy Section
P.O. Box 13528
Austin, TX  78711

Texas Workforce Commission
Bankruptcy Section
P.O. Box 149080
Austin, TX  78714

The Chubb Corporation
15 Mountain View Road
P.O. Box 1615
Warren, NJ  07059

The Navigators Group, Inc.
One Penn Plaza
New York, NY  10119

THE WITCHES DI SARTI A. E C. SNC
Via Camillo Ronzani, 7
40033 Casalecchio di Reno Bologna
ITALY

THINK USA INC.
------Not Known-----

Think3 Designs Pvt Ltd
3rd Floor, AKEMPS 28, 3rd Main, 1st Cross
Ashwini Layout Ejipura
Bangalore 560 047
INDIA

think3 GMBH
Keltenring 5
82041 Oberhaching Deutschland
GERMANY

Think3 KK
Daimon KS Bldg, 6F
1-2-1 Shiba-Daimon
Minato-ku Tokyo 105-0012
JAPAN

think3 S.p.a.
Via Ronzani 7/29
Casalecchio di Reno - Bologna 40033
ITALY

think3 Sarl
55 Avenue Galline
69100 Villeurbanne
FRANCE

Think3 SARL
96 Boulevard Vivier Merle
69003 Lyon
FRANCE

Think3 SRL
Via Ronzani 7/29
40033 Casalecchio di Reno (BO)
ITALY

Think3, Inc.
Attn: Rebecca A. Roof
6011 W. Courtyard Dr.
Austin, TX  78730

think3, Inc.
c/o AlixPartners
2101 Cedar Springs Road, Suite 1100
Dallas, TX  75201

THINKLINE SOLUTION GMBH
Hauptsstraße 8
D - 83539 Pfaffing
GERMANY

THINKPOWER AB
------Not Known-----

THIRDEYE INC - KOREA
3F, Missy2000 Bldg.
725, Suseo-dong, Kangnam-Gu
Seoul
KOREA

TMG Trautter Metall und Guss
------Not Known-----

TNT GLOBAL EXPRESS S.P.A.
------Not Known-----

TODERI, MICHELE
------Not Known-----

Toledo Molding & Die Inc.
1429 Coining Dr.
Toledo, OH  43612

Toyota Caelum Inc.
1-19-24, Nishiki, Naka-Ku, Nagoya
Aichi 460-0003
JAPAN

TOYOTA CAELUM, INC.
1-19-24, Nishiki, Naka-Ku, Nagoya
Aichi 460-0003
JAPAN

TRAFILATI I.O.S SPA
------Not Known-----

TRIDENT ENGINEERING & DESIGN
2010 Industrial Drive
Annapolis, MD  21401

TTF SA TRADE AND TECHNOLOGIES
------Not Known-----

TURACCIO, MARIO
------Not Known-----

Tycos Tool and Die
2000 Langstaff Road
Concord, ON  L4K 3B5
CANADA

United Parcel Service Italia Srl
Via Fantoli 15/2
20138 Milano
ITALY

Universe Corporation
3333 Foerster Road
Saint Louis, MO  63119

URAGANI, ROBERTA
------Not Known-----

US AIRFORCE
------Not Known-----

VCI Inc
1500 Progress St.
Sturgis, MI  49091

VERIZON ITALIA SPA - EX MCI ITALIA SPA
------Not Known-----

Versata Enterprises Inc.
6011 W. Courtyard Dr.
Austin, TX  78730

Versata FZ LLC
Burjuman Business Tower
P.O. Box 121828
42569 Dubai
UNITED ARAB EMIRATES

Versata FZ LLC
707-708 Al Thurayal
Dubai Media City
Dubai
UNITED ARAB EMIRATES

Versata FZ LLC
Attn: Andrew E. Monarch
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA  94105

Versata FZ LLC
Attn: Patton G. Lochridge and Travis C. Barton
McGinnis Lochridge & Kilgore, LLP
600 Congress Ave, Suite 2100
Austin, TX  78701

VERZELETTI GABRIELE
------Not Known-----

VISION CONSULTANTS LIMITED
------Not Known-----

Vision Industries, Inc.
------Not Known-----

VISTONLINE DI MARINUCCI PAOLA
------Not Known-----

VODAFONE OMNITEL N.V.
Via Caboto, 15
20094 Corsico, Milano
ITALY

Walworth Yacht Designs
PO Box 3792
Kingshill, St. Croix  00851
US VIRGIN ISLANDS

WEBEX
------Not Known-----

Westool Corporation
7383 Sulier Dr
Temperance, MI  48182

WIND TELECOMUNICAZIONI SPA
Casella Postale 14155
Ufficio Postale Milano 65
20152 MILANO
ITALY

WIN-VERLAG GMBH & CO.KG
Johann-Sebastian-Bach-Str. 5
85591 Vaterstetten
GERMANY

XEL MEDIA BV
------Not Known-----

ZANETTI LIVIO S.R.L.
------Not Known-----

ZIRI, ANNA ELISABETTA
------Not Known-----