**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 11 |
| THINK3 INC., | § | |
| | § | CASE NO. 11-11252 (hcm) |
| DEBTOR. | § | |

## JOINDER OF VERSATA FZ-LLC IN SUPPORT OF
## DEBTOR'S CHAPTER 11 PETITION AND FIRST DAY MOTIONS

Versata FZ-LLC ("Versata"), by its counsel, Morrison & Foerster LLP and Fulbright & Jaworski L.L.P., hereby submits this joinder (the "Joinder") in support of certain of the first day motions ("First Day Motions") of Think3 Inc. (the "Debtor"), debtor and debtor-in-possession in the above-referenced chapter 11 case. For the reasons set forth herein and more fully explained in the Affidavit and Statement of Kumar Vikas in Support of the Joinder (the "KV Affidavit"), filed contemporaneously herewith and attached hereto as **Exhibit A**, Versata joins in and supports the relief sought by the Debtor in its First Day Pleadings.

## BACKGROUND

1. On May 18, 2011 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101, et seq. (as amended, the "Bankruptcy Code"). The Debtor is a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. Contemporaneously with the filing of the petition, the Debtor filed the following First Day Pleadings: (i) Emergency Application of the Debtor Pursuant to 11 U.S.C. § 363, *Nunc Pro Tunc* to the Petition Date, to Employ and Retain AP Services, LLC and Designate Rebecca A. Roof as Chief Restructuring Officer to the Debtor; (ii)

Debtor's Emergency Motion for Order (1) Authorizing Continued Use of Existing Business Forms and Records; and (2) Authorizing Maintenance of Existing Corporate Bank Accounts and Cash Management System; (iii) Debtor's Emergency Motion for Interim and Final Orders (I) Authorizing Secured Postpetition Financing, (II) Granting Security Interests and According Superpriority Administrative Claim Status, and (III) Scheduling Final Hearing; and (iv) Debtor's Emergency Motion to Extend Deadline to File Bankruptcy Schedules and Statement of Financial Affairs.

3. Versata is a company organized and existing under the laws of the Dubai Technology and Media Free Zone, with its principal place of business located at 707-708 Al Thurayal, Dubai Media City, Dubai, United Arab Emirates. Versata is a creditor of the Debtor pursuant to a Technology License Agreement dated as of October 7, 2010 between the Debtor and Versata, as set forth more fully in the Civil Action No. 1:11 cv 404 in the U.S. District Court for the Western District of Texas-Austin Division, entitled Versata FZ-LLC v. Think3 Inc., filed by Versata against the Debtor on May 16, 2011. A copy of the complaint commencing the Civil Action is attached as Exhibit A to the KV Declaration.

## JOINDER TO THE DEBTOR'S FIRST DAY MOTIONS

4. For the reasons set forth in the KV Affidavit, Versata supports the Debtor's efforts to seek bankruptcy relief in this Court generally because Versata believes chapter 11 relief provides the greatest protection for the Debtor's global creditors. In addition, Versata supports and joins in (i) the Emergency Application of the Debtor Pursuant to 11 U.S.C. § 363, *Nunc Pro Tunc* to the Petition Date, to Employ and Retain AP Services, LLC and Designate Rebecca A. Roof as Chief Restructuring Officer to the

Debtor (the "<u>Motion to Appoint a CRO</u>"); and (ii) the Debtor's Emergency Motion for Interim and Final Orders (I) Authorizing Secured Postpetition Financing, (II) Granting Security Interests and According Superpriority Administrative Claim Status, and (III) Scheduling Final Hearing (the "<u>DIP Motion</u>").

WHEREFORE, Versata respectfully requests that the Court grant the Motion to Appoint a CRO as well as the DIP Motion, and grant such other and further relief as the Court may deem just and proper.

Dated this the 19th day of May, 2011.

Respectfully submitted,

**MORRISON & FOERSTER L.L.P.**
Larry Engel*
California State Bar No. 1972
Vincent Novak*
California State Bar No. 87891
Kristin Hiensch*
California State Bar No. 275676
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: LEngel@mofo.com
Email: VNovak@mofo.com
Email: KHiensch@mofo.com

**FULBRIGHT & JAWORSKI, L.L.P.**
Berry D. Spears
Texas State Bar No. 18893300
Anna Maria Mendez
Texas State Bar No. 24055960
600 Congress Avenue, Suite 2400
Austin, Texas 78701-2878
Telephone: (512) 536-5246
Facsimile: (512) 536-4598
E-mail: bspears@fulbright.com
Email: amendez@fulbright.com

By: /s/ *Berry D. Spears*

**ATTORNEYS FOR VERSATA FC-LLC**

---

*Pro hac vice admission pending.

77077254.1
sf-2996177

# CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of May, 2011, I electronically filed the foregoing Joinder using the CM/ECF system and that true and correct copies of the Joinder have been served on the parties on the attached Service List via the CM/ECF system and/or first class mail.

 /s/ *Berry D. Spears*  
Berry D. Spears

# SERVICE LIST
# CASE NO. 11-11252

Think3, SARL
96 Boulevard Vivier Merle
Lyon
France

La Torre SRL
Via Gabriele Colombo,. 28
20050 Camparada (MB)
Italy

Siemens Ltd.
Wittelsbacherplatz 2
8033 Munich
Germany

Axus itahana SRL
Via Cesare Gitlio Viola 74
Roma, 1-00148
Italy

KOSME s.r.l.
Via dell'Artigianato, 5
46048 Roverbella
(Mantova)
Italy

Dell SA
Attn: General
Counsel/Bankruptcy
One Dell Way
Round Rock, TX 78682

Versata Enterprises, Inc.
6011 W. Courtyard Drive
 Austin, TX 78730

ITI -International
Technegoup, Inc.
5303 DuPont Circle
Milford, OH 45150:

Exergia Energia & Gas
S.P.A.
 C.so Sempione, 15a
21013 Gallarate
Italy

Cidielle SerVice SRL
19, v. Grada Grada
40122 Boloma (BO)
Italy

Studio Legale
TommasoTommesani
Via De Poeti, n. 5
40124 Bologna
Italy

Voclafone Onmitel N.V.
Via
Caboto, 15
20094 Corsico, Milano
Italy

Versata FZ LLC
707-708 Al Thurayal
Dubai Media City
Dubai
UAE

Charles A. Beckham, Jr.
Haynes and Boone, LLP
1 Houston Center
1221 McKinney #2100
Houston, TX 77010

Office of the United States
Trustee
903 San Jacinto Blvd., Suite 230
Austin, Texas 78701

E. Brooks Hamilton
Haynes and Boone, LLP
1221 McKinney, Suite 2100
Houston, TX 77010

think3 Inc.
6011 W. Courtyard Dr.
Austin, TX 78730

Vision Consultants Limited
(address unknown) ****